# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV482

| | |
|---|---|
| ALVIS COATINGS, INC., )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>ALAN TOWNSEND and LINDA TOWNSEND, )<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the Order (Document No. 29), entered April 21, 2005 by the undersigned.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Wednesday, May 25, 2005 at 10:00 a.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

**IT IS SO ORDERED**, this _____ day of May, 2005.

**Signed: May 4, 2005**

David C. Keesler
United States Magistrate Judge