# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alvis Coatings Inc.,

    Plaintiff(s),

vs.

Alan and Linda Townsend,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-482

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/29/05 Order.

**Signed: June 29, 2005**

Frank G. Johns, Clerk
United States District Court